FILED by KS D.C.

Jun 8, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 21-60163-CR-COHN/STRAUSS

CASE NO. _____

18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA,

vs.

CLAUDE YVON GAUTHIER,

        Defendant.

_____/

### INDICTMENT

The Grand Jury charges that:

### COUNTS 1-26
### Theft of Government Money
### (18 U.S.C. § 641)

On or about the dates listed below, in Broward County, in the Southern District of Florida, and elsewhere, the Defendant,

**CLAUDE YVON GAUTHIER,**

did knowingly and willfully, embezzle, steal, purloin and convert to his own use, money of the United States and a department and agency thereof, that is, the United States Social Security Administration, the aggregate amount of which exceeded $1,000, that is, Social Security disability benefits, to which the defendant was not entitled:

| COUNT | APPROXIMATE DATE | DESCRIPTION OF BENEFITS | PAYMENT AMOUNT |
|---|---|---|---|
| 1 | 07/01/16 | Social Security Disability Benefits | $718 |
| 2 | 08/03/16 | Social Security Disability Benefits | $718 |

| 3  | 09/02/16 | Social Security Disability Benefits | $718 |
| 4  | 10/03/16 | Social Security Disability Benefits | $718 |
| 5  | 11/03/16 | Social Security Disability Benefits | $718 |
| 6  | 12/02/16 | Social Security Disability Benefits | $718 |
| 7  | 01/03/17 | Social Security Disability Benefits | $718 |
| 8  | 02/03/17 | Social Security Disability Benefits | $718 |
| 9  | 03/03/17 | Social Security Disability Benefits | $718 |
| 10 | 04/03/17 | Social Security Disability Benefits | $718 |
| 11 | 05/03/17 | Social Security Disability Benefits | $718 |
| 12 | 06/02/17 | Social Security Disability Benefits | $718 |
| 13 | 07/03/17 | Social Security Disability Benefits | $718 |
| 14 | 08/03/17 | Social Security Disability Benefits | $718 |
| 15 | 09/01/17 | Social Security Disability Benefits | $718 |
| 16 | 10/03/17 | Social Security Disability Benefits | $718 |
| 17 | 11/03/17 | Social Security Disability Benefits | $718 |
| 18 | 12/01/17 | Social Security Disability Benefits | $718 |

| 19 | 01/03/18 | Social Security Disability Benefits | $718 |
|---|---|---|---|
| 20 | 02/02/18 | Social Security Disability Benefits | $718 |
| 21 | 03/02/18 | Social Security Disability Benefits | $718 |
| 22 | 04/03/18 | Social Security Disability Benefits | $718 |
| 23 | 05/03/18 | Social Security Disability Benefits | $718 |
| 24 | 06/01/18 | Social Security Disability Benefits | $718 |
| 25 | 07/03/18 | Social Security Disability Benefits | $718 |
| 26 | 08/03/18 | Social Security Disability Benefits | $718 |

All in violation of Title 18, United States Code, Section 641.

## FORFEITURE
### (18 U.S.C. § 981(a)(1)(C))

The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **CLAUDE YVON GAUTHIER**, has an interest.

Upon conviction of a violation of Title 18, United States Code, Section 641, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of such violation pursuant to Title 18, United States Code, Section 981(a)(1)(C).

3

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____
FOREPERSON

_____ (For)
JUAN ANTONIO GONZALEZ    Francis Viamontes
ACTING UNITED STATES ATTORNEY

*David A. Snider*
_____
DAVID A. SNIDER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

CLAUDE YVON GAUTHIER

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [✓] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.
3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____
4. This case will take __2__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days     [✓]
   - II   6 to 10 days    [ ]
   - III  11 to 20 days   [ ]
   - IV   21 to 60 days   [ ]
   - V    61 days and over [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**
7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**
8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) **No**
9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

*David A. Snider*
David A. Snider
Assistant United States Attorney
Court ID No.      A5502260

*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: <u>CLAUDE YVON GAUTHIER</u>

Case No. _____

Counts # 1-26

<u>Theft of Government Money</u>

<u>Title 18, United States Code, Section 641</u>

*<u>Max. Penalty</u>: <u>Ten (10) years' imprisonment, as to each count</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeiture that may be applicable.**